LEISER SCHNEIDER, Repondent, v. LOUIS RATNER, Appellant, Impleaded with Others.

Reported below, 127 App. Div. 918.
(Submitted October 19, 1908; decided October 20, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order

denying a motion for a new trial in an action to recover for services.

The motion was made upon the grounds that the judgment of the Appellate Division was not appealable, and of failure to perfect the appeal by filing the required return.

*Abraham B. Schleimer* for motion.

*A. H. Spiglegass* opposed.

Motion granted, with costs, and ten dollars costs of motion, unless appellant obtains and enters the order mentioned in the memorandum of Justice STAPLETON, quoted in the motion papers herein, and complies therewith, and also files and serves the printed cases on appeal within thirty days, in which case motion denied, without costs.